No. 1348, October Term, 1969. Pacific National Insurance Co. v. United States, 398 U. S. 937. Motion for leave to file petition for rehearing denied. Mr. Justice Blackmun took no part in the consideration or decision of this motion.

No. 1380, October Term, 1969. Horelick et al. v. New York, 398 U. S. 939. Petition for rehearing denied. Mr. Justice Blackmun took no part in the consideration or decision of this petition.

October 31, 1970

No. ——. Beytagh et al. v. Noble et al. D. C. N. D. Ind. Application for temporary and conditional injunctive relief presented to Mr. Justice Marshall, and by him referred to the Court, denied.

November 3, 1970

No. 752. Standard Industries, Inc. v. Tigrett Industries, Inc., et al. C. A. 6th Cir. Petition for writ of certiorari dismissed pursuant to Rule 60 of the Rules of this Court.